No. 76–5252.   BYNUM v. MARYLAND.   Ct. App. Md.   Certiorari denied.

No. 76–5256.   MORGAN v. CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 76–5264.   PANNELL v. MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 76–5265.   RALPH v. MARYLAND.   Ct. Sp. App. Md. Certiorari denied.

No. 76–5271.   JACKSON v. CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 76–5279.   McCRARY v. NEW YORK.   App. Div., Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.

No. 76–5286.   STEVENS v. WASHINGTON.   Ct. App. Wash. Certiorari denied.

No. 76–5288.   COOK v. FLORIDA.   Dist. Ct. App. Fla., 2d Dist.   Certiorari denied.

No. 76–5293.   DURHAM v. HOPPER, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 76–5294.   CLARK v. CITY OF DANVILLE.   Sup. Ct. Ill. Certiorari denied.

No. 76–5302.   WHITE v. WYRICK, WARDEN.   C. A. 8th Cir. Certiorari denied.

No. 75–1737.   UNITED STATES v. PORTILLO-REYES.   C. A. 9th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.   THE CHIEF JUSTICE and MR. JUSTICE BLACKMUN would grant certiorari.